UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED GOMEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GISELLE MATTESON, Acting Warden,<br><br>　　　　Respondent. | No.  1:24-cv-00087-KES-SKO (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE AARON SPOLIN AS COUNSEL OF RECORD |

　　　　Petitioner Alfred Gomez is a state prisoner proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　When the petition was filed, Petitioner was represented by Aaron Spolin. Recently, Caitlin Dukes and Kristen Mason made appearances as counsel for Petitioner.  On October 23, 2025, the Court was notified by letter from Mr. Spolin that he had been disbarred. (Doc. 20.) Accordingly, the Clerk of Court is directed to terminate Aaron Spolin as counsel of record.

IT IS SO ORDERED.

Dated:　__**October 27, 2025**__　　　　　　　　　　_/s/ Sheila K. Oberto_　　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1